JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANNE HEITING, | Case No. 2:23-cv-10338-FLA (DFMx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION [DKT. 39]** |
| v. | |
| ATHENAHEALTH, INC., *et al.*, | |
| Defendants. | |

1

1  On August 30, 2024, the parties filed a Joint Stipulation to Dismiss Entire
2  Action. Dkt. 39. Having considered the Notice of Dismissal and finding good cause
3  therefor, the court hereby ORDERS:
4      1. All dates and deadlines governing this action are VACATED.
5      2. The court DISMISSES all claims brought by Plaintiff with prejudice as
6         to Plaintiff in her individual capacity, and without prejudice as to the
7         class.
8
9  IT IS SO ORDERED.
10
11 Dated: September 3, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge